UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

*In re*:

WINDSTREAM HOLDINGS INC., *et al.*,

                     Debtors.

-----------------------------------------------------------------------x

WINDSTREAM HOLDINGS, INC., *et al.*,

                     Plaintiffs,

   - against -

CHARTER COMMUNICATIONS, INC. and
CHARTER COMMUNICATIONS OPERATING, LLC,

                   Appellees.

-----------------------------------------------------------------------x

**ORDER**

No. 20-CV-132 (CS)

<u>Seibel, J.</u>

      For the reasons stated on the record on April 21, 2020, Defendants' Motion for Leave for Interlocutory Appeal, (Doc. 4), is DENIED. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: April 24, 2020
       White Plains, New York

                                             */s/ Cathy Seibel*

                                        CATHY SEIBEL, U.S.D.J.